UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.  18-CV-62686-UU


AMERICAN PROPERTY INSURANCE COMPANY,
a foreign corporation,

        Plaintiff,

    vs.

SOUND CONNECTION DISTRIBUTORS, INC.,
a Florida for Profit Corporation,
SHIMON SWISSA, individually;
ZEVULONI & ASSOCIATES, INC., a Florida
for Profit Corporation; and
JOSEPH ZEVULONI, individually,

        Defendants.
------------------------------------/
SOUND CONNECTION DISTRIBUTORS, INC.,
 a/k/a SOUND CONNECTION DISTRIBUTORS,

        Plaintiff,

    vs.

AMERICAN PROPERTY INSURANCE COMPANY,

        Defendant
------------------------------------/

                100 S.E. 3rd Avenue
                10th Floor
                Fort Lauderdale, Florida
                June 12, 2019
                11:32 to 12:19 o'clock A.M.


        DEPOSITION OF  JOSEPH ZEVULONI

    Taken before Renee Crudo, Notary Public, State

of Florida at Large, pursuant to the Notice of Taking

Deposition in the above cause.

               - - - - - -

APPEARANCES


        MICHAEL B. BUCKLEY, ESQ.,
        Buckley Law Group
        3637 Fourth Street North, Suite 330
        St. Petersberg, Florida 33704
        appearing on behalf of American Property
        Insurance Company.


        SCOTT JANOWITZ, ESQ.,
        Geyer, Fuxa, Tyler
        490 Sawgrass Corporate Parkway, Suite 110
        Sunrise, Florida 33704
        appearing on behalf of Sound Connection
        Distributors & Shimon Swissa


        DANIEL Y. GIELCHINSKY, ESQ.,
        JEREMY KNIGHT, ESQ.
        Law Offices of Daniel Y. Gielchinsky
        1132 Jab Concourse, Suite 204
        Bay Harbor Islands, Florida 33154
        appearing on behalf of Joseph Zevuloni


                    - - - - -


                  I N D E X

WITNESS:                          DIRECT

JOSEPH ZEVULONI                      4


                  - - - - - -

E X H I B I T S

DEFENDANT'S                          FOR IDENTIFICATION

No.1 Outside Sketch                    Page  5

No.2 Second Floor Sketch               Page  9

No.3 Roof Sketch                       Page 10

No.4 Core Samples                      Page 12

No.5 Core Samples                      Page 12

No.6 Photographs                       Page 23

No.7 Photographs                       Page 26

No.8 Photographs                       Page 25

1    Thereupon:

2                        JOSEPH ZEVULONI

3    a witness named in the notice heretofore filed, being

4    of lawful age, and being first duly sworn in the

5    above cause, testified on his oath as follows:

6

7                     DIRECT EXAMINATION

8    BY MR. BUCKLEY:

9        **Q**      Okay, your name?

10       **A**      Joseph Zevuloni.

11       **Q**      Your professional address, please?

12       **A**      10130 Northwest 47th Street, Sunrise,

13   Florida, 33351.

14       **Q**      You brought some documents with you here

15   today.  Could you tell me what they are?

16       **A**      Yes, I brought documents.

17              MR. GIELCHINSKY:  Let's start with these

18       three, Joe.

19       **A**      The first three documents are a map or a

20   sketch of the loss, okay, known as Sound Connection,

21   the building.  This does not include the out section,

22   the outward, outside section of the car repair shop.

23       **Q**      Where they have the car repair shop?

24       **A**      Where they have the garage, or whatever

25   call it there; the exterior hut, if you will, the

1    exterior structure.

2        **Q**      Okay.

3        **A**      So I would like to explain to you what

4    this is.

5        **Q**      Go ahead, please.  Do me a favor, if you

6    would, as you refer to -- and you have to forgive me,

7    my voice is about gone.  As you refer to one of

8    those, hand it to the court reporter, so we can mark

9    it, that way we know what we are talking about, when

10   he when come back and look at it later on, okay.

11       **A**      Sure.

12       **Q**      So as you speak to it, refer to it as

13   Exhibit Number One.

14       **A**      Okay.

15              (Thereupon, said document was marked as

16   Defendant's Exhibit No. 1 for Identification by the

17   reporter.)

18       **A**      Exhibit One has three pages here.  One is

19   a sketch of the first floor, highlighted in yellow,

20   are the rooms that are actually on our estimate, on

21   our building estimate, the repair estimate due to

22   Hurricane Irma.

23       **Q**      When did you prepare that, by the way?

24       **A**      This?

25       **Q**      Yes.

1  **A**  Yesterday.

2  **Q**  Okay.  So in other words, that dovetails

3 with the buildings referred to as having been damaged

4 in your estimate?

5  **A**  I had to refresh my memory.  I did a

6 walk-through yesterday, along with Don Antol, my

7 building consultant and building engineer, going over

8 the estimate, and once again confirming, that

9 everything on the estimate is in fact what should

10 have been in there.  So we did a walk-through

11 yesterday, and this is part of what we did.  I wanted

12 to provide that to you.

13  **Q**  Okay.

14  **A**  In here is the first story.

15  **Q**  So exactly Exhibit Number One is what,

16 please?

17  **A**  Highlighted areas of the rooms that are

18 on our estimate.

19  **Q**  Okay, because on your estimate at the

20 back, you do have, you know, a mapping of the

21 building, okay?

22  **A**  Can I see what you have?

23  **Q**  Yes.  I have an extra copy here.  I can't

24 copy it, I have my notes on it.

25  **A**  I would like to just compare it to this

1    one.  It might be the same one.

2        **Q**    Yes, that's fine.

3        **A**    We used our Xactimate sketch, and we only

4    highlighted on top of it.

5             Mr. Buckley, this appears to be the same

6    sketch.

7        **Q**    Okay, so what was attached at the back of

8    your estimate dated June 28, 2018, is the same as

9    what you just marked as Exhibit Number One, except

10   that Exhibit Number One to your deposition today, has

11   highlighting on it, would that be correct?

12       **A**    I'm not sure of the date of the estimate,

13   Mr. Buckley, I would have to check.

14       **Q**    Here, June 28th.

15       **A**    May I see?

16       **Q**    Yes.  To my knowledge, that is the most

17   recent one, because you had revised it once or twice.

18       **A**    Yes, sir.

19       **Q**    Is in fact correct, June 28th is the last

20   and latest estimate that you did?

21       **A**    This estimate I'm holding here, that is

22   dated June 28th.  I have a printed date here of

23   September 12th on my report.  What is your print date

24   on the bottom?  If you open the next page, it should

25   tell you a date on the bottom.

1    **Q**    Okay, 6/28/2018.

2    **A**    What is the total amount on your estimate

3    there, $3,811,598.10?

4    **Q**    Yes.  All right, let's go back, now that

5    we know what we are talking about.  Your Exhibit

6    Number One that you have highlighted, would you tell

7    me what that is, please?

8    **A**    Exhibit Number One is a sketch included

9    in our estimate, and is highlighted to reflect the

10   areas that appear on the estimate, the rooms that

11   actually appear on the estimate, is part of the

12   damage.

13   **Q**    So they are essentially rooms that have

14   damaged drywall or damaged electrical equipment, or

15   other damaged materials in them?

16   **A**    Those are rooms that are actually

17   included on the estimate, for damages.

18   **Q**    Okay, most of it is damaged drywall, is

19   that not correct?

20   **A**    The estimate speaks for itself, so you

21   can refer to the estimate.

22   **Q**    We have been through this a few times.

23   I'm not going to waste your time.

24   **A**    Thank you.

25   **Q**    Okay, what is the next thing you have?

1      **A**      The next thing I have is a photo of the

2  second floor.  This is a sketch of the second floor

3  of the same building.

4                MR. GIELCHINSKY:  Marked two for

5        identification.

6                (Thereupon, said document was marked as

7  Defendant's Exhibit No. 2 for Identification by the

8  reporter.)

9      **A**      Once again, it shows in highlight, the

10  areas that are actually included on your estimate.

11      **Q**      Now, so if we refer to Exhibit Number

12  Two, is that, essentially, damaged drywall?

13      **A**      Once again, the estimate speaks for

14  itself.  Please look at the estimate line items.

15      **Q**      We could sit here for five hours, and go

16  back and forth, but do you recall?  It is mostly

17  damaged drywall, is that correct?

18      **A**      Sir, if you want me to review the

19  estimate with you, I'm happy to do that, line item by

20  line item, but I do not want to answer it that way.

21  This is not a good way for me to answer it.

22      **Q**      It's not a big deal.  We are going to

23  depose Mr. Antol.

24                What do you have next?

25      **A**      What I have next is the third part of

1  this submission of Exhibit, I guess, one, but it is

2  marked Number Three.  Exhibit Number Three, it is a

3  sketch of the roof layers of this building.  I chose

4  sections, four different sections of the roof, the

5  south roof section, the north roof sections, and the

6  two middle sections, the upper and the lower.

7         (Thereupon, said document was marked as

8  Defendant's Exhibit No. 3 for Identification by the

9  reporter.)

10    **Q**    You are right, the building is kind of a

11 conglomeration of a few different elevations?

12    **A**    Correct.  One layer of the roof is a

13 modified roof system.  The other roofs are all

14 basically two layers of tar and gravel on top of

15 Tekton.  And the same goes for the north roof, that

16 sits on top of Tekton, as well.

17         MR. GIELCHINSKY:  Counsel, you can't see

18     the witnesses handwriting from where you are

19     sitting, but there is handwriting on the witness'

20     document.  Do you want to see it?

21         MR. BUCKLEY:  Sure.

22    **Q**    Okay, I read that.  Thank you very much.

23         What else did you bring with you?

24    **A**    Okay.

25    **Q**    I don't recall subpoenaing you to bring

1    anything, so thank you very much.

2            MR. GIELCHINSKY:  The witness brought two

3        envelopes with him.  He will explain what is in

4        them.  I will hand them to the witness.

5        **A**      So we did a core test.  We extracted core

6    samples from the roof, to confirm the roof structure,

7    to know what it is comprised of, and to possibly see

8    damage, if we can, through the core sample.  I

9    brought two of those extractions yesterday.  We had a

10   company come out and extract those samples.

11       **Q**      When did you have that done?

12       **A**      Yesterday.

13       **Q**      So what I would like to do is mark those,

14   and --

15       **A**      You can't have them.

16           MR. BUCKLEY:  They seem to be originals,

17       so I don't know what you want to do, in terms of

18       me getting those to my experts.  I'm happy to

19       have those sealed and marked, and then we can

20       send them over to my experts.

21           MR. GIELCHINSKY:  Can I maintain custody

22       of them, and have the expert come to my office?

23           MR. BUCKLEY:  Absolutely, no problem.  I

24       see what you are getting at.  I understand what

25       you are getting at, you have core samples of the

1       roofs.  I have had many roof cases.  All you have

2       to do is put them back in the envelope.  We will

3       mark them and seal them.  I'm not a roof guy.

4       Put them back in the envelope, seal them, mark

5       them.  You can take custody, and I will have my

6       roof guy come around with you and your expert,

7       then jointly examine it.

8       **A**     I'm happy to provide a video to you of

9       the actual extraction that I did myself.

10      **Q**     I would appreciate that.

11      **A**     I will forward it to Mr. Gielchinsky, and

12      he can forward it to you.

13              (Thereupon, said samples were marked as

14      Defendant's Exhibit No. 4 & 5 for Identification by

15      the reporter.)

16      **Q**     What else did you bring with you today?

17      **A**     A copy of the policy.

18      **Q**     The insurance policy?

19      **A**     Yes.

20      **Q**     I don't need that.  I have 19 copies of

21      that.

22      **A**     I brought the Avtech Engineering

23      Report --

24      **Q**     That was previously produced.

25      **A**     That was previously produced here.

1    **Q**    Well, actually, the file that you are

2    referring to, why don't we just mark that as one big

3    composite exhibit.  Would you describe what you have

4    in that file that you are referring to?

5    **A**    Yes.

6    **Q**    I also see that you have some sort of

7    scan disk in there, whatever you call that, USB.

8    **A**    Yeah, so the physical copy is for you.

9    The USB is actually for Mr. Gielchinsky.  This is for

10   you to keep.

11   **Q**    So the USB is just a copy of that?

12   **A**    Yes, sir, correct.  We have an estimate

13   here, which you have a copy of, our June 28th

14   estimate.  We have a sketch, the same sketch that I

15   showed you, highlighted; photos.

16   **Q**    What are those photos of?

17   **A**    Photos of the property at 2801, Sound

18   Connection property.

19   **Q**    Why are they taken?  Let me be very frank

20   with you, Mr. Zevuloni.  One of the things that

21   concerns me in this case, is that all of your

22   photographs that you produced, and there were like

23   hundreds of them, were taken in May of the following

24   year.  Do you have any photographs in your

25   possession, that were taken right after the

1    hurricane?

2         **A**    I'm not sure that you are correct about

3    May.  I have to find out.

4         **Q**    Yes, but it's many months later.  I'm

5    going on memory, but I have a pretty good memory.  It

6    is May 28th or May 31st.  Let's put it this way, they

7    were taken months later.

8              Do you have, and here is my particular

9    question, do you have any photographs, that you took

10   like as soon as you were hired right after the

11   hurricane?

12        **A**    I will have to get back to you regarding

13   dates.  I do know we definitely have photos

14   pre-dating May. I don't know how many.  I don't know

15   whether or not you have them.  They were some

16   reproduced, whether to the original adjuster there,

17   Mark Goldman.  I will find out, and follow up with my

18   attorney.

19        **Q**    Mark Goldman is somebody we hired.  We

20   have those.

21        **A**    Correct.

22        **Q**    So we have those.

23        **A**    I don't know whether or not he submitted

24   to you everything that we gave him.

25        **Q**    Okay.  First of all, Mr. Swissa contacts

1    you, as his public adjuster.  So, you are there

2    before Mark Goldman is ever there, am I right;

3    because somebody has to notify the insurance company.

4    All I want to know is, do you have any photographs

5    that depict the conditions on like the first day that

6    you were there?

7        **A**      I will certainly get back it you, through

8    my attorney.  If those are available, we will make

9    those available to you right away.  I will make those

10   available to you right away.

11       **Q**      Why would they not be available, if they

12   were just taken on your phone?

13       **A**      Once again, I don't know whether or not

14   you have them.

15       **Q**      I don't have them, that is why I'm

16   asking.

17       **A**      We may have given them to you, via Mark

18   Goldman.

19       **Q**      I told you, this deposition is going to

20   take 15 minutes.  I get to the point.  No, I don't

21   have them?

22       **A**      Mr. Buckley, certainly, if we have them,

23   you should have them.  If you don't have them and we

24   have them, I will make sure you get them.  There's no

25   games here.  If those photos exist, you will get

them.

Q      Thank you, sir.  I'm sorry, I cut you

off.  You were showing me what else you brought.

A      Sir, may I have permission to show him

this?

Q      You have to show me everything that is

relevant.

MR. GIELCHINSKY:  Let me see if I can help

you out a little bit.

Counsel, you are right, the pictures that

have been produced in discovery, are primarily

dated May 18, 2018.  I'm aware that the witness

has with him, photographs that were taken

yesterday, and fairly should be produced to you

in discovery.  They were taken yesterday.  I

intend to produce the photos to you.  The witness

has pictures with him now, that he is happy to

show you now.  He has pictures of 2017 on his

phone, as well.

Q      I don't want to sit and look at those

now, and have to extemporaneously ask you questions

about them.  That is going to prejudice me.  I may be

smart, but I can't think of every question

extemporaneously that would flow from those pictures,

okay?  I would like to get these, and then maybe come

1  back and have another session, or do it by phone.  I

2  don't want to bother you unnecessarily, or myself.

3      **A**      So Mr. Buckley, to answer your question,

4  I just saw on my phone here from November 2, 2017,

5  probably close to a dozen photos.  I'm going to

6  forward them now to my attorney, and we will provide

7  those to you.  Those were taken, I assume, on the day

8  that I personally inspected this property.  So you

9  have 11 photos of mainly the roof structure.

10      **Q**      Did Mr. Swissa ever forward you any

11  photographs off his phone?  Do you remember his

12  testimony?  I'm sure somebody told you about this.

13  He said he had various photographs on his phone, but

14  that he dropped his phone in the toilet.

15          MR. GIELCHINSKY:  Objection to form.  You

16      can answer.

17      **Q**      That is what he said.

18      **A**      I was not privy to Mr. Swissa's

19  conversation or testimony.  I have no knowledge of

20  this.

21      **Q**      Did Mr. Swissa ever send you any

22  photographs of the condition of the premises, like

23  immediately after the hurricane?

24      **A**      I do not recall.  I'm happy to do an

25  extra diligent search everywhere, and see if that

1 happened. If it did, once again, I am happy to

2 forward it to my attorney, and he in turn will get

3 them to you.

4 **Q** All right, I appreciate that.

5 MR. BUCKLEY: Do you want me to follow up

6 with a formal request, or are you okay with that?

7 MR. GIELCHINSKY: That's fine, counsel. I

8 am going to get you the November, 2017 pictures,

9 that I have just seen. There are 11 of them. I

10 am going to forward those to you. There are

11 about 200 pictures and video taken yesterday. I

12 will send those to you, as well. You don't have

13 to send a request. I have got it.

14 **Q** Let me ask you a particular question

15 about your group. Just refer to Page 32 of your

16 estimate, your estimate to 6/28/2018, or your updated

17 estimate, okay? Page 32, down at the bottom.

18 **A** Okay.

19 **Q** You state that an item of loss is central

20 air conditioning system, five ton, hyphen, 16,

21 hyphen, 21, SEER, okay, for $18,000. Do you see

22 that?

23 **A** Did you say on Page 32?

24 **Q** Yes, Page 32, towards the bottom.

25 **A** We are looking at two different Page 32s.

1    I'm looking at yours, and I'm looking at mine, and it

2    doesn't show.

3        **Q**    I will show you.  I'm looking at Page 32,

4    see?

5        **A**    Yeah, but here's my Page 32.

6        **Q**    Can you find the page that jives with

7    this?

8        **A**    It is under General?

9        **Q**    Actually, here, I have an extra copy.

10            MR. GIELCHINSKY:  I think you are using

11        the one submitted during the insurance process,

12        and Mr. Zevuloni and I are using the one that was

13        produced in discovery.

14        **A**    I'm sorry this is not the same estimate

15    you are holding here.

16        **Q**    Let me ask you a question here.

17        **A**    It doesn't --

18        **Q**    Let me have that back.  On the estimate

19    that you submitted dated 6/278/2018, at least on what

20    I have as Page 32, okay, you have a claim for central

21    air conditioning system, five ton, 16-21-SEER.  Do

22    you see that?

23            MR. GIELCHINSKY:  It is on Page 35 on

24        yours.

25        **Q**    What is the difference?

1      **A**      It concerns me that yours is on Page 32,

2    and mine is on Page 35.  I don't know whether your

3    font is maybe smaller, and that is why your printer

4    is printing it differently, or what.  Let me make

5    sure we are looking at the same estimate.

6      **Q**      Please, thank you.  All I'm asking you

7    about is details as to those air conditioning units

8    that you claim were damaged during the hurricane, on

9    the roof, okay?

10     **A**      Okay.

11     **Q**      So you see what I'm talking about now,

12   right?

13     **A**      Well, yes.  It still concerns me why your

14   estimate format is different than mine, but I'm happy

15   to answer whatever you would like to know.

16     **Q**      You have, at least on what I have as your

17   June 28, 2018 report on Page 32, you have a

18   description of air conditioning units that were

19   destroyed, is that correct, in the hurricane?

20     **A**      I have a scope for damaged air

21   conditioners.  Whether or not they are completely

22   destroyed or not, that is a different question.  I

23   have them included as part of the damage.

24     **Q**      The first one is a five-ton unit for

25   repair and replacement of over $18,000.  Do you see

1   that, sir?

2      **A**    Actually, what it reads here is three

3   units, at a cost equaling for all three, 18,000, not

4   one unit for 18,000.  Some of these units actually

5   were not included in this estimate.  There is a 15

6   ton unit, that was -- here, can I show the photo?

7      **Q**    Yes, do you have photos of them?

8      **A**    Yes, I took photos yesterday, so you

9   could see.  This is actually a 15-ton unit,

10  Mr. Buckley, that I'm showing you on my phone, that

11  was taken yesterday.  It is not anywhere on this

12  estimate.  So out of a total of approximately 17

13  units altogether, on this estimate it only includes

14  five.  There are more than five units in total that

15  are damaged, but we only included five in here.  If

16  you were to include three five-ton units, it would be

17  the equivalent of one 15 ton unit.  The 15 ton unit

18  would cost more.

19     **Q**    I'm definitely going to need a copy of

20  that.  Do you have any other photos?

21     **A**    Absolutely.

22     **Q**    Let me definitely get a copy of those.

23     MR. GIELCHINSKY:  Okay, yes.

24     **Q**    Your testimony is that those were damaged

25  in the hurricane, right?

**A**     My testimony is that everything that I have shown you on these photos here, shows damage to the air conditioning units, in one way or another. For example, one unit is completely destroyed, dismantled, all the parts and debris that flew all over the roof, and gouged the roof on its way.

**Q**     Let me stop.  We need to get these copied, so we know what we are talking about.

**A**     I'm going to forward them to you now.

**Q**     But we need the court reporter to be able to identify them.  I'm trying to figure out a way to identify, because we are just talking over each other, really.

**A**     I would like to add, I'm not a mechanical expert, and, you know, I can't testify as to the exact problem of each unit.  But I can tell you the ones on our estimate, are actually moderate, compared to the overall loss to the units.

**Q**     So can we take a break and print those out, and maybe identify those?

MR. GIELCHINSKY:  You said, there are 200 of them?

**Q**     Can you e-mail it to the court reporter. It can't go to me, because later on people may accuse me of doing shady stuff.  Can you e-mail it to the

1    court reporter, and we can mark it as a composite.

2        **A**      I just sent it to my attorney.  He can do

3    whatever he thinks is right.

4                (Thereupon, said photographs were marked

5    as Defendant's Composite Exhibit No. 6 for

6    Identification by the reporter.)

7        **Q**      What I would like to do is identify the

8    air conditioning units, that you claim were damaged

9    in the hurricane.  Can you do that?

10       **A**      I cannot opine on mechanical damages,

11   because I am not a mechanical expert.  I can tell you

12   that the overall estimate amount that we have on

13   here, doesn't compare in size to the overall damage,

14   actual damage sustained by Irma, including a 15-ton

15   unit I just showed you a photo of, that was damaged

16   in the storm.

17       **Q**      Can I cut you off, please.  Can you just

18   identify the handful of one, two or three air

19   conditioning units that you claim were damaged in

20   Hurricane Irma, and send those to me?  That doesn't

21   sound like it should be all that complicated.

22       **A**      You mean, my photos?

23       **Q**      Yes.

24       **A**      Yes, I'm happy to do that.  I'm happy to

25   send you the photos.

1    **Q**    All right, so let's have an

2    understanding.  We have been talking about some

3    exhibits.  So the photographs of the air conditioning

4    units, okay, that were damaged in the hurricane,

5    let's mark those as A, B and C.

6    **A**    Let me be clear, Mr. Buckley.  I'm

7    sending you photos of obvious damage that you can see

8    through a photo.  I'm not an air conditioning expert.

9    I cannot know how many more air conditioners are

10    damaged.  I'm not testifying as to the overall scope

11    of the air conditioners.  All I can tell you is the

12    amount we have on here, is the very minimum amount of

13    money that this building sustained, as a result of

14    Hurricane Irma, to those air conditioners.  I cannot

15    specify which one and which problem it has.

16    **Q**    Just send me pictures of the air

17    conditioning units that were there, okay, whether

18    they were damaged or not?

19    **A**    I will send you the photos of air

20    conditioners that I have.  How that is?

21    **Q**    Great.  How are we going to handle this,

22    so I can identify them?  Are you going to send them

23    to Dan, right?

24    MR. GIELCHINSKY:  Yes, I have 17 pictures

25    here.

1      **A**      Altogether from the first batch that I

2  sent you.

3           MR. GIELCHINSKY:  Can we go off the record

4      for a minute?

5           MR. BUCKLEY:  Yes.

6           (Discussion held off the record.)

7           MR. BUCKLEY:  Let's mark the exhibits

8      Composite 7 and 8.

9           (Thereupon, said document was marked as

10  Defendant's Exhibit No. 7 & 8 for Identification by

11  the reporter.)

12      Q

13           MR. BUCKLEY:  I have no further questions.

14           MR. GIELCHINSKY:  I have sent the court

15      reporter two e-mails.  One e-mail has 11 photos

16      taken November, 2017.  The or e-mail has seven

17      photos taken by Mr. Zevuloni yesterday.  I have

18      sent these to the court reporter.  I understand

19      that she will attach those to the transcript of

20      this deposition.

21           I have agreed with counsel, to produce

22      additional photos that Mr. Zevuloni has in his

23      possession, related to the loss, as well as

24      around 200 photographs.

25      **A**      Please add to the report, I had no

1   knowledge that he didn't have those photos.

2            MR. GIELCHINSKY:  You just did it.  Waive.

3               - - - - - - -

4            (Reading and subscribing waived.)

5

6            (Thereupon, the taking of the deposition

7   was concluded.)

8               - - - - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF BROWARD

I, the undersigned authority, certify that JOSEPH ZEVULONI personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 20th day of June, 2019.

_____

Renee Crudo

Notary Public - State of Florida
Commission # GG36485
Expires October 5, 2020

- - - - -

CERTIFICATE

STATE OF FLORIDA
COUNTY OF BROWARD

I, RENEE CRUDO, court reporter, certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true record of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney, or counsel of any of the Parties, nor am I a relative or employee of any of the parties, attorney or counsel connected with the action, nor am I financially interested in the action.

DATED THIS 20th day of June, 2019.

_____
Renee Crudo, Court Reporter

PALM BEACH REPORTING SERVICE, INC.,
1665 Palm Beach Lakes Blvd., Suite 1001
West Palm Beach, Florida 33401
(561)471-2995

**A**

A.M 1:20
a/k/a 1:12
able 22:10
Absolutely 11:23
 21:21
accuse 22:24
action 28:14,15
actual 12:9 23:14
add 22:14 25:25
additional 25:22
address 4:11
adjuster 14:16 15:1
age 4:4
agreed 25:21
ahead 5:5
air 18:20 19:21 20:7
 20:18,20 22:3
 23:8,18 24:3,8,9
 24:11,14,16,19
altogether 21:13
 25:1
American 1:4,15
 2:5
amount 8:2 23:12
 24:12,12
answer 9:20,21 17:3
 17:16 20:15
Antol 6:6 9:23
appear 8:10,11
APPEARANCES
 2:1
appeared 27:7
appearing 2:5,9,13
appears 7:5
appreciate 12:10
 18:4
approximately
 21:12
areas 6:17 8:10 9:10
asking 15:16 20:6
ASSOCIATES 1:9
assume 17:7
attach 25:19
attached 7:7
attorney 14:18 15:8
 17:6 18:2 23:2
 28:11,13
authority 27:6
authorized 28:5
available 15:8,9,10
 15:11
Avenue 1:18
Avtech 12:22
aware 16:12

**B**

B 2:3 3:1 24:5

**back** 5:10 6:20 7:7
 8:4 9:16 12:2,4
 14:12 15:7 17:1
 19:18
basically 10:14
batch 25:1
Bay 2:13
Beach 28:23,23,24
behalf 2:5,9,13
big 9:22 13:2
bit 16:9
Blvd 28:23
bother 17:2
bottom 7:24,25
 18:17,24
break 22:19
bring 10:23,25
 12:16
brought 4:14,16
 11:2,9 12:22 16:3
BROWARD 27:4
 28:2
Buckley 2:3,3 4:8
 7:5,13 10:21
 11:16,23 15:22
 17:3 18:5 21:10
 24:6 25:5,7,13
building 4:21 5:21
 6:7,7,21 9:3 10:3
 10:10 24:13
buildings 6:3

**C**

C 24:5
call 4:25 13:7
car 4:22,23
case 1:2 13:21
cases 12:1
cause 1:24 4:5
central 18:19 19:20
certainly 15:7,22
CERTIFICATE
 27:1 28:1
certify 27:6 28:4,10
check 7:13
chose 10:3
claim 19:20 20:8
 23:8,19
clear 24:6
close 17:5
come 5:10 11:10,22
 12:6 16:25
Commission 27:17
company 1:4,15 2:5
 11:10 15:3
compare 6:25 23:13
compared 22:17
completely 20:21
 22:4

**complicated** 23:21
composite 13:3 23:1
 23:5 25:8
comprised 11:7
concerns 13:21 20:1
 20:13
concluded 26:7
Concourse 2:12
condition 17:22
conditioners 20:21
 24:9,11,14,20
conditioning 18:20
 19:21 20:7,18
 22:3 23:8,19 24:3
 24:8,17
conditions 15:5
confirm 11:6
confirming 6:8
conglomeration
 10:11
connected 28:13
Connection 1:7,12
 1:12 2:9 4:20
 13:18
consultant 6:7
contacts 14:25
conversation 17:19
copied 22:8
copies 7:20
copy 6:23,24 12:17
 13:8,11,13 19:9
 21:19,22
core 3:7,8 11:5,5,8
 11:25
Corporate 2:8
corporation 1:4,8,9
correct 7:11,19 8:19
 9:17 10:12 13:12
 14:2,21 20:19
cost 21:3,18
counsel 10:17 16:10
 18:7 25:21 28:11
 28:13
COUNTY 27:4 28:2
court 1:1 5:8 22:10
 22:23 23:1 25:14
 25:18 28:4,21
Crudo 1:22 27:16
 28:4,21
custody 11:21 12:5
cut 16:2 23:17

**D**

D 2:17
damage 8:12 11:8
 20:23 22:2 23:13
 23:14 24:7
damaged 6:3 8:14
 8:14,15,18 9:12

9:17 20:8,20
 21:15,24 23:8,15
 23:19 24:4,10,18
damages 8:17 23:10
Dan 24:23
Daniel 2:11,12
date 7:12,22,23,25
dated 7:8,22 16:12
 19:19 28:16
dates 14:13
day 15:5 17:7 27:10
 28:16
deal 9:22
debris 22:5
Defendant 1:16
Defendant's 3:3
 5:16 9:7 10:8
 12:14 23:5 25:10
Defendants 1:11
definitely 14:13
 21:19,22
depict 15:5
depose 9:23
deposition 1:21,24
 7:10 15:19 25:20
 26:6 28:6
describe 13:3
description 20:18
destroyed 20:19,22
 22:4
details 20:7
difference 19:25
different 10:4,11
 18:25 20:14,22
differently 20:4
diligent 17:25
DIRECT 2:18 4:7
discovery 16:11,15
 19:13
Discussion 25:6
disk 13:7
dismantled 22:5
Distributors 1:7,12
 1:12 2:9
document 5:15 9:6
 10:7,20 25:9
documents 4:14,16
 4:19
doing 22:25
Don 6:6
dovetails 6:2
dozen 17:5
dropped 17:14
drywall 8:14,18
 9:12,17
due 5:21
duly 4:4 27:8

**E**

E 2:17 3:1
e-mail 22:23,25
 25:15,16
e-mails 25:15
electrical 8:14
elevations 10:11
employee 28:11,12
engineer 6:7
Engineering 12:22
envelope 12:2,4
envelopes 11:3
equaling 21:3
equipment 8:14
equivalent 21:17
ESQ 2:3,7,11,11
essentially 8:13
 9:12
estimate 5:20,21,21
 6:4,8,9,18,19 7:8
 7:12,20,21 8:2,9
 8:10,11,17,20,21
 9:10,13,14,19
 13:12,14 18:16,16
 18:17 19:14,18
 20:5,14 21:5,12
 21:13 22:17 23:12
exact 22:16
exactly 6:15
EXAMINATION
 4:7
examine 12:7
example 22:4
exhibit 5:13,16,18
 6:15 7:9,10 8:5,8
 9:7,11 10:1,2,8
 12:14 13:3 23:5
 25:10
exhibits 24:3 25:7
exist 15:25
expert 11:22 12:6
 22:15 23:11 24:8
experts 11:18,20
Expires 27:18
explain 5:3 11:3
extemporaneously
 16:21,24
exterior 4:25 5:1
extra 6:23 17:25
 19:9
extract 11:10
extracted 11:5
extraction 12:9
extractions 11:9

**F**

fact 6:9 7:19
fairly 16:14

**favor** 5:5
**figure** 22:11
**file** 13:1,4
**filed** 4:3
**financially** 28:14
**find** 14:3,17 19:6
**fine** 7:2 18:7
**first** 4:4,19 5:19
  6:14 14:25 15:5
  20:24 25:1
**five** 9:15 18:20
  19:21 21:14,14,15
**five-ton** 20:24 21:16
**flew** 22:5
**floor** 1:18 3:5 5:19
  9:2,2
**Florida** 1:1,8,9,19
  1:23 2:4,8,13 4:13
  27:3,17 28:2,24
**flow** 16:24
**follow** 14:17 18:5
**following** 13:23
**follows** 4:5
**font** 20:3
**foregoing** 28:6
**foreign** 1:4
**forgive** 5:6
**form** 17:15
**formal** 18:6
**format** 20:14
**Fort** 1:2,19
**forth** 9:16
**forward** 12:11,12
  17:6,10 18:2,10
  22:9
**four** 10:4
**Fourth** 2:4
**frank** 13:19
**further** 25:13 28:10
**Fuxa** 2:7

---

**G**

**games** 15:25
**garage** 4:24
**General** 19:8
**getting** 11:18,24,25
**Geyer** 2:7
**GG36485** 27:17
**Gielchinsky** 2:11,12
  4:17 9:4 10:17
  11:2,21 12:11
  13:9 16:8 17:15
  18:7 19:10,23
  21:23 22:21 24:24
  25:3,14 26:2
**given** 15:17 28:7
**go** 5:5 8:4 9:15
  22:24 25:3
**goes** 10:15

**going** 6:7 8:23 9:22
  14:5 15:19 16:22
  17:5 18:8,10
  21:19 22:9 24:21
  24:22
**Goldman** 14:17,19
  15:2,18
**good** 9:21 14:5
**gouged** 22:6
**gravel** 10:14
**Great** 24:21
**group** 2:3 18:15
**guess** 10:1
**guy** 12:3,6

---

**H**

**H** 3:1
**hand** 5:8 11:4 27:9
**handful** 23:18
**handle** 24:21
**handwriting** 10:18
  10:19
**happened** 18:1
**happy** 9:19 11:18
  12:8 16:17 17:24
  18:1 20:14 23:24
  23:24
**Harbor** 2:13
**held** 25:6
**help** 16:8
**heretofore** 4:3
**highlight** 9:9
**highlighted** 5:19
  6:17 7:4 8:6,9
  13:15
**highlighting** 7:11
**hired** 14:10,19
**holding** 7:21 19:15
**hours** 9:15
**hundreds** 13:23
**hurricane** 5:22 14:1
  14:11 17:23 20:8
  20:19 21:25 23:9
  23:20 24:4,14
**hut** 4:25
**hyphen** 18:20,21

---

**I**

**identification** 3:3
  5:16 9:5,7 10:8
  12:14 23:6 25:10
**identify** 22:11,12,20
  23:7,18 24:22
**immediately** 17:23
**include** 4:21 21:16
**included** 8:8,17
  9:10 20:23 21:5
  21:15
**includes** 21:13

**including** 23:14
**individually** 1:8,10
**inspected** 17:8
**insurance** 1:4,15
  2:5 12:18 15:3
  19:11
**intend** 16:16
**interested** 28:14
**Irma** 5:22 23:14,20
  24:14
**Islands** 2:13
**item** 9:19,20 18:19
**items** 9:14

---

**J**

**Jab** 2:12
**JANOWITZ** 2:7
**JEREMY** 2:11
**jives** 19:6
**Joe** 4:18
**jointly** 12:7
**Joseph** 1:10,21 2:13
  2:19 4:2,10 27:7
**June** 1:19 7:8,14,19
  7:22 13:13 20:17
  27:10 28:16

---

**K**

**keep** 13:10
**kind** 10:10
**KNIGHT** 2:11
**know** 5:9 6:20 8:5
  11:7,17 14:13,14
  14:14,23 15:4,13
  20:2,15 22:8,15
  24:9
**knowledge** 7:16
  17:19 26:1
**known** 4:20

---

**L**

**Lakes** 28:23
**Large** 1:23
**latest** 7:20
**Lauderdale** 1:2,19
**Law** 2:3,12
**lawful** 4:4
**layer** 10:12
**layers** 10:3,14
**let's** 4:17 8:4 14:6
  24:1,5 25:7
**line** 9:14,19,20
**little** 16:9
**look** 5:10 9:14 16:20
**looking** 18:25 19:1
  19:1,3 20:5
**loss** 4:20 18:19
  22:18 25:23
**lower** 10:6

---

**M**

**maintain** 11:21
**map** 4:19
**mapping** 6:20
**mark** 5:8 11:13
  12:3,4 13:2 14:17
  14:19 15:2,17
  23:1 24:5 25:7
**marked** 5:15 7:9 9:4
  9:6 10:2,7 11:19
  12:13 23:4 25:9
**materials** 8:15
**mean** 23:22
**mechanical** 22:14
  23:10,11
**memory** 6:5 14:5,5
**MICHAEL** 2:3
**middle** 10:6
**mine** 19:1 20:2,14
**minimum** 24:12
**minute** 25:4
**minutes** 15:20
**moderate** 22:17
**modified** 10:13
**money** 24:13
**months** 14:4,7

---

**N**

**N** 2:17
**name** 4:9
**named** 4:3
**need** 12:20 21:19
  22:7,10
**No.1** 3:4
**No.2** 3:5
**No.3** 3:6
**No.4** 3:7
**No.5** 3:8
**No.6** 3:9
**No.7** 3:10
**No.8** 3:11
**north** 2:4 10:5,15
**Northwest** 4:12
**Notary** 1:22 27:17
**notes** 6:24
**notice** 1:23 4:3
**notify** 15:3
**November** 17:4
  18:8 25:16
**Number** 5:13 6:15
  7:9,10 8:6,8 9:11
  10:2,2

---

**O**

**o'clock** 1:20
**oath** 4:5 27:1
**Objection** 17:15
**obvious** 24:7

**October** 27:18
**office** 11:22
**Offices** 2:12
**official** 27:9
**okay** 4:9,20 5:2,10
  5:14 6:2,13,19,21
  7:7 8:1,18,25
  10:22,24 14:25
  16:25 18:6,17,18
  18:21 19:20 20:9
  20:10 21:23 24:4
  24:17
**once** 6:8 7:17 9:9,13
  15:13 18:1
**ones** 22:17
**open** 7:24
**opine** 23:10
**original** 14:16
**originals** 11:16
**outside** 3:4 4:22
**outward** 4:22
**overall** 22:18 23:12
  23:13 24:10

---

**P**

**page** 3:4,5,6,7,8,9
  3:10,11 7:24
  18:15,17,23,24,25
  19:3,5,6,20,23
  20:1,2,17
**pages** 5:18
**Palm** 28:23,23,24
**Parkway** 2:8
**part** 6:11 8:11 9:25
  20:23
**particular** 14:8
  18:14
**parties** 28:12,13
**parts** 22:5
**people** 22:24
**permission** 16:4
**personally** 17:8
  27:7
**Petersberg** 2:4
**phone** 15:12 16:19
  17:1,4,11,13,14
  21:10
**photo** 9:1 21:6
  23:15 24:8
**photographs** 3:9,10
  3:11 13:22,24
  14:9 15:4 16:13
  17:11,13,22 23:4
  24:3 25:24
**photos** 13:15,16,17
  14:13 15:25 16:16
  17:5,9 21:7,8,20
  22:2 23:22,25
  24:7,19 25:15,17

25:22 26:1
**physical** 13:8
**pictures** 16:10,17
    16:18,24 18:8,11
    24:16,24
**Plaintiff** 1:5,13
**please** 4:11 5:5 6:16
    8:7 9:14 20:6
    23:17 25:25
**point** 15:20
**policy** 12:17,18
**possession** 13:25
    25:23
**possibly** 11:7
**pre-dating** 14:14
**prejudice** 16:22
**premises** 17:22
**prepare** 5:23
**pretty** 14:5
**previously** 12:24,25
**primarily** 16:11
**print** 7:23 22:19
**printed** 7:22
**printer** 20:3
**printing** 20:4
**privy** 17:18
**probably** 17:5
**problem** 11:23
    22:16 24:15
**process** 19:11
**produce** 16:16
    25:21
**produced** 12:24,25
    13:22 16:11,14
    19:13
**professional** 4:11
**Profit** 1:8,9
**property** 1:4,15 2:5
    13:17,18 17:8
**provide** 6:12 12:8
    17:6
**public** 1:22 15:1
    27:17
**pursuant** 1:23
**put** 12:2,4 14:6

**Q**

**question** 14:9 16:23
    17:3 18:14 19:16
    20:22
**questions** 16:21
    25:13

**R**

**read** 10:22
**Reading** 26:4
**reads** 21:2
**really** 22:13
**recall** 9:16 10:25

17:24
**record** 25:3,6 28:7
**refer** 5:6,7,12 8:21
    9:11 18:15
**referred** 6:3
**referring** 13:2,4
**reflect** 8:9
**refresh** 6:5
**regarding** 14:12
**related** 25:23
**relative** 28:11,12
**relevant** 16:7
**remember** 17:11
**Renee** 1:22 27:16
    28:4,21
**repair** 4:22,23 5:21
    20:25
**replacement** 20:25
**report** 7:23 12:23
    20:17 25:25 28:6
**reporter** 5:8,17 9:8
    10:9 12:15 22:10
    22:23 23:1,6
    25:11,15,18 28:4
    28:21
**REPORTING**
    28:23
**reproduced** 14:16
**request** 18:6,13
**result** 24:13
**review** 9:18
**revised** 7:17
**right** 8:4 10:10
    13:25 14:10 15:2
    15:9,10 16:10
    18:4 20:12 21:25
    23:3 24:1,23
**roof** 3:6 10:3,4,5,5
    10:12,13,15 11:6
    11:6 12:1,3,6 17:9
    20:9 22:6,6
**roofs** 10:13 12:1
**rooms** 5:20 6:17
    8:10,13,16

**S**

**S** 3:1
**S.E** 1:18
**sample** 11:8
**samples** 3:7,8 11:6
    11:10,25 12:13
**saw** 17:4
**Sawgrass** 2:8
**scan** 13:7
**scope** 20:20 24:10
**SCOTT** 2:7
**seal** 12:3,4 27:9
**sealed** 11:19
**search** 17:25

**second** 3:5 9:2,2
**section** 4:21,22 10:5
**sections** 10:4,4,5,6
**see** 6:22 7:15 10:17
    10:20 11:7,24
    13:6 16:8 17:25
    18:21 19:4,22
    20:11,25 21:9
    24:7
**seen** 18:9
**SEER** 18:21
**send** 11:20 17:21
    18:12,13 23:20,25
    24:16,19,22
**sending** 24:7
**sent** 23:2 25:2,14,18
**September** 7:23
**SERVICE** 28:23
**session** 17:1
**seven** 25:16
**shady** 22:25
**Shimon** 1:8 2:9
**shop** 4:22,23
**show** 16:4,6,18 19:2
    19:3 21:6
**showed** 13:15 23:15
**showing** 16:3 21:10
**shown** 22:2
**shows** 9:9 22:2
**sir** 7:18 9:18 13:12
    16:2,4 21:1
**sit** 9:15 16:20
**sits** 10:16
**sitting** 10:19
**size** 23:13
**sketch** 3:4,5,6 4:20
    5:19 7:3,6 8:9 9:2
    10:3 13:14,14
**smaller** 20:3
**smart** 16:23
**somebody** 14:19
    15:3 17:12
**soon** 14:10
**sorry** 16:2 19:14
**sort** 13:6
**sound** 1:7,12,12 2:9
    4:20 13:17 23:21
**south** 10:5
**SOUTHERN** 1:1
**speak** 5:12
**speaks** 8:20 9:13
**specify** 24:15
**St** 2:4
**start** 4:17
**state** 1:22 18:19
    27:3,17 28:2
**STATES** 1:1
**stenographically**
    28:5

**stop** 22:7
**storm** 23:16
**story** 6:14
**Street** 2:4 4:12
**structure** 5:1 11:6
    17:9
**stuff** 22:25
**submission** 10:1
**submitted** 14:23
    19:11,19
**subpoenaing** 10:25
**subscribing** 26:4
**Suite** 2:4,8,12 28:23
**Sunrise** 2:8 4:12
**sure** 5:11 7:12
    10:21 14:2 15:24
    17:12 20:5
**sustained** 23:14
    24:13
**Swissa** 1:8 2:9 14:25
    17:10,21
**Swissa's** 17:18
**sworn** 4:4 27:8
**system** 10:13 18:20
    19:21

**T**

**T** 3:1
**take** 12:5 15:20
    22:19
**taken** 1:22 13:19,23
    13:25 14:7 15:12
    16:13,15 17:7
    18:11 21:11 25:16
    25:17
**talking** 5:9 8:5
    20:11 22:8,12
    24:2
**tar** 10:14
**Tekton** 10:15,16
**tell** 4:15 7:25 8:6
    22:16 23:11 24:11
**terms** 11:17
**test** 11:5
**testified** 4:5
**testify** 22:15
**testifying** 24:10
**testimony** 17:12,19
    21:24 22:1 28:7
**thank** 8:24 10:22
    11:1 16:2 20:6
**thing** 8:25 9:1
**things** 13:20
**think** 16:23 19:10
**thinks** 23:3
**third** 9:25
**three** 4:18,19 5:18
    10:2,2 21:2,3,16
    23:18

**time** 8:23
**times** 8:22
**today** 4:15 7:10
    12:16
**toilet** 17:14
**told** 15:19 17:12
**ton** 18:20 19:21
    21:6,17,17
**top** 7:4 10:14,16
**total** 8:2 21:12,14
**transcript** 25:19
    28:7
**true** 28:7
**trying** 22:11
**turn** 18:2
**twice** 7:17
**two** 9:4,12 10:6,14
    11:2,9 18:25
    23:18 25:15
**Tyler** 2:7

**U**

**undersigned** 27:6
**understand** 11:24
    25:18
**understanding** 24:2
**unit** 20:24 21:4,6,9
    21:17,17 22:4,16
    23:15
**UNITED** 1:1
**units** 20:7,18 21:3,4
    21:13,14,16 22:3
    22:18 23:8,19
    24:4,17
**unnecessarily** 17:2
**updated** 18:16
**upper** 10:6
**USB** 13:7,9,11

**V**

**various** 17:13
**video** 12:8 18:11
**voice** 5:7
**vs** 1:6,14

**W**

**Waive** 26:2
**waived** 26:4
**walk-through** 6:6
    6:10
**want** 9:18,20 10:20
    11:17 15:4 16:20
    17:2 18:5
**wanted** 6:11
**waste** 8:23
**way** 5:9,23 9:20,21
    14:6 22:3,6,11
**West** 28:24
**witness** 2:18 4:3

11:2,4 16:12,16
  27:9 28:8
**witness'** 10:19
**witnesses** 10:18
**words** 6:2

---
**X**
---
**X** 2:17 3:1
**Xactimate** 7:3

---
**Y**
---
**Y** 2:11,12
**Yeah** 13:8 19:5
**year** 13:24
**yellow** 5:19
**yesterday** 6:1,6,11
  11:9,12 16:14,15
  18:11 21:8,11
  25:17

---
**Z**
---
**Zevuloni** 1:9,10,21
  2:13,19 4:2,10
  13:20 19:12 25:17
  25:22 27:7

---
**0**
---

---
**1**
---
**1** 5:16
**10** 3:6
**100** 1:18
**1001** 28:23
**10130** 4:12
**10th** 1:18
**11** 17:9 18:9 25:15
**11:32** 1:20
**110** 2:8
**1132** 2:12
**12** 1:19 3:7,8
**12:19** 1:20
**12th** 7:23
**15** 15:20 21:5,17,17
**15-ton** 21:9 23:14
**16** 18:20
**16-21-SEER** 19:21
**1665** 28:23
**17** 21:12 24:24
**18** 16:12
**18-CV-62686-UU**
  1:2
**18,000** 18:21 20:25
  21:3,4
**19** 12:20

---
**2**
---
**2** 9:7 17:4
**200** 18:11 22:21
  25:24

**2017** 16:18 17:4
  18:8 25:16
**2018** 7:8 16:12
  20:17
**2019** 1:19 27:10
  28:16
**2020** 27:18
**204** 2:12
**20th** 27:10 28:16
**21** 18:21
**23** 3:9
**25** 3:11
**26** 3:10
**28** 7:8 20:17
**2801** 13:17
**28th** 7:14,19,22
  13:13 14:6

---
**3**
---
**3** 10:8
**3,811,598.10** 8:3
**31st** 14:6
**32** 18:15,17,23,24
  19:3,5,20 20:1,17
**32s** 18:25
**330** 2:4
**33154** 2:13
**33351** 4:13
**33401** 28:24
**33704** 2:4,8
**35** 19:23 20:2
**3637** 2:4
**3rd** 1:18

---
**4**
---
**4** 2:19 12:14
**47th** 4:12
**490** 2:8

---
**5**
---
**5** 3:4 12:14 27:18
**561)471-2995** 28:24

---
**6**
---
**6** 23:5
**6/278/2018** 19:19
**6/28/2018** 8:1 18:16

---
**7**
---
**7** 25:8,10

---
**8**
---
**8** 25:8,10

---
**9**
---
**9** 3:5